IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiffs | ) ) ) | Case No: 14 CR 251 |
| v. | ) ) | |
| John W. Helms | ) ) | Judge Maria Valdez |
| Defendant | ) ) ) | |

**ORDER**

Removal proceeding held as to John W. Helms. Defendant informed of his rights. Defendant appears in response to the arrest on 5/5/2014. Appointment of Nicholas G. Grapsas as counsel for defendant for the removal proceeding only is granted. Defendant waives identity hearing. Government makes oral motion to detain defendant based on risk of flight and danger to community. Defendant waives detention hearing without prejudice. Defendant waives his right to a preliminary examination and will proceed to have the preliminary examination hearing in the charging district. Defendant agrees not to contest removal in custody. Order defendant removed forthwith to the Central District of California. Court recommends the US Marshals to release defendant's personal belongings to defendant's counsel of record.

(T:00:15)

Date: 5/6/2014

_____
MARIA VALDEZ
United States Magistrate Judge